Youssef H. Hammoud (SBN: 321934)
L. Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Stephanie Stevens-Kahn*

# UNITED STATES DISTRICT COURT
# IN THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE STEVENS-KAHN,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant. | Case No.: 3:21-cv-01515-BTM-MSB<br><br>**JOINT MOTION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Stephanie Stevens-Kahn and Defendant Capital One Bank (USA), N.A. ("Capital One"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice.

Respectfully submitted this 8th day of December 2021.

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud SBN: 321934
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Stephanie Stevens-Kahn*

By: */s/ Susan Nikdel*
Susan N. Nikdel (SBN 317921)
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
T: (424) 204-4400
F: (424) 204-4350
E: nikdels@ballardspahr.com
*Attorneys for Defendant*
*Capital One Bank (USA), N.A*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**

*/s/ Roxanne Harris*