1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## IN THE SOUTHERN DISTRICT OF CALIFORNIA

7
8

9 | STEPHANIE STEVENS-KAHN,

10 | Plaintiff,

11 | v.

12

13

14 | CAPITAL ONE BANK (USA), N.A.,

15 | Defendant.

16

17

Case No.: 3:21-cv-01515-BTM-MSB

**ORDER GRANTING JOINT MOTION OF DISMISSAL WITH PREJUDICE**

18      Upon review of the Parties' Joint Motion of Dismissal with Prejudice and

19
20 good cause appearing,

21      **IT IS ORDERED** that the Joint Motion is **GRANTED**.

22
23 The above-entitled matter is hereby dismissed with prejudice.

24      **IT IS SO ORDERED.**

25

26

27 December 9, 2021
Dated

28

Honorable Barry Ted Moskowitz
United States District Judge